WACKENHUT CORP. ET AL. *v.* APONTE, SUPERIN-
TENDENT OF POLICE, ET AL.

No. 726.   Decided March 13, 1967.

*Donald M. Hall* for Wackenhut Corp. et al., and
*William B. Graves* for Marvil International Security
Services, Inc., appellants.

*J. B. Fernandez Badillo,* Solicitor General of Puerto
Rico, and *Peter Ortiz,* Assistant Solicitor General, for
appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.